THE GILLAM LAW FIRM, P.C.
CAROL L. GILLAM (SBN 102354)
Email: carol@gillamlaw.com
COURTNEY ABRAMS (SBN 265742)
Email: courtney@gillamlaw.com
1880 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 203-9977
Facsimile: (310) 203-9922

Attorneys for Plaintiff Toly Novik

JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLY NOVIK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPGEMINI AMERICA, INC., corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CV 11-10796 PA<br>No. CV10796-PA (JC)<br><br>[*Assigned to the Hon. Percy Anderson*]<br><br>ORDER RE:<br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: November 17, 2011<br>Trial Date: March 26, 2013 |

TO THE HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff TOLY NOVIK, and Defendant CAPGEMINI, INC., through their attorneys of record Carol L. Gillam and Courtney Abrams of THE GILLAM LAW FIRM and Sherry Shavit of BROWN GITT LAW GROUP, LLP, respectively, hereby stipulate that this action be dismissed with prejudice pursuant to the terms of

1

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

1  a settlement agreement.
2     Nothing contained in this Stipulation for Dismissal shall relieve any party of
3  his or its obligations under any settlement agreement reached in this action.
4
5
6  Dated: July 26, 2012           THE GILLAM LAW FIRM
                                  *A Professional Law Corporation*
7
8                         By: _____
9                                 CAROL L. GILLAM
                                  COURTNEY ABRAMS
10                                Attorneys for Plaintiff Toly Novik
11  Dated: August 1, 2012         BROWN GITT LAW GROUP, LLP
12
13                        By: _____
14                                SHERRY SHAVIT
15                                Attorney for Defendant Capgemini, Inc.
16
17
18
19
20  IT IS SO ORDERED.
21  DATED: August 2 2012
22  _____
23  UNITED STATES DISTRICT JUDGE
24
25
26
27
28

2

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**